UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Matthew T Ries  
    Jhade Ries  
        Debtor(s)

Case No. 12-14786

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/11/2012.

2) The plan was confirmed on 06/26/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/27/2014.

5) The case was dismissed on 04/25/2014.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,750.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $11,243.05 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                                                           **$11,243.05**

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,480.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $432.38 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                                                   **$1,912.38**

Attorney fees paid and disclosed by debtor:        $2,020.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AUTO PARTS | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 6,938.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE ILL MASONIC PHYS GRP | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| ALBERTSONS | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| ALBERTSONS | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 11,592.00 | 13,194.78 | 13,194.78 | 4,503.38 | 0.00 |
| APRIA HEALTHCARE | Unsecured | 222.00 | 222.15 | 222.15 | 75.82 | 0.00 |
| ASSOC IN INFECTIOUS DISEASE | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| AVON PRODUCTS | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| BADOWSKI DRUZAK JENSEN MDS S( | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| BADOWSKI DRUZAK JENSEN MDS S( | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK ANESTHESIA | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK WOMENS CLINIC | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 880.00 | 100.00 | 100.00 | 34.13 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| CRITICAL CARE SYSTEMS | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| DOWNERS GROVE FAMILY PATHOL( | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE NEONATOLOGY ASSOC | Unsecured | 1,091.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DUPAGE PATHOLOGY ASSOC | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGI | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 7,492.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYSIC | Unsecured | 829.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 994.00 | NA | NA | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| FOOT & ANKLE CLINIC | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE HOSPITAL | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL | Unsecured | 204,667.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 187.00 | 186.65 | 186.65 | 63.70 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 109.00 | 300.18 | 300.18 | 102.45 | 0.00 |
| ILLINOIS HEART & VASCULAR | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,270.00 | 2,533.22 | 2,533.22 | 864.59 | 0.00 |
| LABCORP | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP OF AMERICA | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| LOCKPORT TOWNSHIP FIRE PROTEC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 7,484.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 7,483.00 | 7,483.97 | 7,483.97 | 2,554.27 | 0.00 |
| M&M ORTHOPEDICS | Unsecured | 2,688.00 | NA | NA | 0.00 | 0.00 |
| MCI WORLDCOM RES SERVICE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 2,754.00 | NA | NA | 0.00 | 0.00 |
| METRO CENTER FOR HEALTH | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| METRO INFECTIOUS DISEASE | Unsecured | 769.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,117.00 | 1,117.30 | 1,117.30 | 381.33 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDIC CONSULTA | Unsecured | 3,139.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDICS AT RUSH | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST WOMEN OBGYN | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| MK ORTHOPAEDICS SURGERY | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| MOLECULAR IMAGING OF BOLINGB | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| PARAMEDIC SERVICE OF ILLINOIS | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS FOR ADULTS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CTR | Unsecured | 829.00 | NA | NA | 0.00 | 0.00 |
| SAFEWAY INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN PULMONARY ASSOC | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBULANC | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ASSET MGMT | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,991.00 | 1,839.25 | 1,839.25 | 627.74 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST SUBURBAN BANK | Unsecured | 361.00 | 361.16 | 361.16 | 123.26 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,338.66** | **$9,330.67** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,912.38 |
| Disbursements to Creditors | $9,330.67 |
| **TOTAL DISBURSEMENTS**: | **$11,243.05** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/08/2014         By: /s/ Glenn Stearns
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**